IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| TREMAR HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>DAYDAN BRANNON, CANNON MCLEOD, and ANSLEY FENNELL,<br><br>    Defendants. | CIVIL ACTION NO.: 2:24-cv-56 |

**O R D E R**

Defendants filed a Motion to Stay. Doc. 10. Plaintiff has not responded to Defendants' Motion, and the time to do so has expired, indicating there is no opposition. Local R. 7.5 ("Failure to respond within the applicable time period shall indicate . . . there is no opposition to the motion."). Thus, the Court **GRANTS** Defendants' unopposed Motion and **STAYS** the proceedings in this case, including discovery, pending resolution of Defendants' motion to dismiss. This stay shall lift automatically upon the Court's ruling on the partial motion to dismiss. The parties shall file their Rule 26(f) report within 14 days of the Court's ruling on the partial motion to dismiss.

**SO ORDERED**, this 12th day of July, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA